# EXHIBIT A

**SUM-100**

TRUE COPY ATTEST

Process Server & Disinterested Party

5/21/2021

# SUMMONS
## (CITATION JUDICIAL)

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

APPIRIO INC., a Delaware Corporation, DANIEL M. LASCELL and DOE 1 through DOE 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ARCSONA INC.

E-FILED
3/18/2021 3:36 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
21CV380597
Reviewed By: V. Taylor
Envelope: 6064561

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):*  Santa Clara County Superior Court<br>191 North First Street<br>San Jose, CA 95113 | CASE NUMBER: *(Número del Caso):*<br>**21CV380597** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Michael J. Kelly, 235 Floribel Avenue, San Anselmo, CA 94960; (415) 246-6572

| DATE:<br>*(Fecha)* March 15, 2021<br>3/18/2021 3:36 PM | Clerk of Court | Clerk, by<br>*(Secretario)* | V. Taylor | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. [xx] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [ Print this form ]   [ Save this form ]       [ Clear this form ]

E-FILED
3/18/2021 3:36 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
21CV380597
Reviewed By: V. Taylor

1  MICHAEL J. KELLY, CSB# 39202
   235 Floribel Avenue
2  San Anselmo, CA 94960
   Telephone: (415) 246-6572
3
   Attorney for Plaintiff ARCSONA INC.,
4

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          SANTA CLARA COUNTY

10

11  ARCSONA INC., a California corporation,        CASE NO. 21CV380597

12         Plaintiff,                              **COMPLAINT FOR DAMAGES FOR
                                                   FRAUD**
13  v.
                                                   **[JURY TRIAL REQUESTED]**
14  APPIRIO INC., a Delaware corporation,
    DANIEL M. LASCELL, and DOE 1 through           **[UNLIMITED JURISDICTION]**
15  DOE 10, inclusive,

16         Defendants.
                                        /
17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES – Page 1 of 5

1 | Plaintiff ARCSONA INC. alleges:

2 | **GENERAL ALLEGATIONS**

3 |     1. Plaintiff ARCSONA INC. (hereinafter "ARCSONA"), at all times mentioned herein,

4 | was and is a valid and existing California corporation. Said plaintiff's principal offices are located

5 | in Santa Clara County, California.

6 |     2. Defendant APPIRIO INC. (hereinafter "APPIRIO"), at all times mentioned herein,

7 | was and is a valid and existing Delaware corporation and qualified to do business in the State of

8 | California. Said defendant's principal offices are currently located in Indiana.

9 |     3. Defendant DANIEL M. LASCELL (hereinafter "LASCELL"), at all times mentioned

10 | herein, was the Secretary, General Counsel and an executive employee and managing agent of

11 | defendant APPIRIO. Plaintiff is informed and believes and thereon alleges that defendant

12 | LASCELL is currently a resident of the State of Massachusetts.

13 |     4. The true names and capacities of defendants DOE 1 through DOE 10 are unknown to

14 | plaintiffs, who therefore sue said defendants by such fictitious names. Plaintiff will seek leave to

15 | amend this Complaint when the true names and capacities of said defendants are ascertained.

16 | Each of the fictitiously named defendants is responsible in some manner for the occurrences

17 | herein alleged.

18 |     5. Each of the persons named herein was an employee or agent of defendant APPIRIO,

19 | and in doing the acts alleged herein was acting within the course and scope of said employment or

20 | agency.

21 |     6. Most of the acts described in this Complaint took place in the County of San Mateo,

22 | California.

23 | **STATEMENT OF FACTS**

24 |     7. On or about June 28, 2012 plaintiff ARCSONA and defendant APPIRIO entered into

25 | an Independent Contractor Agreement ("Agreement") whereby ARCSONA agreed to provide

26 | contract workers for deployment by APPIRIO to its clients.

27 |     8. Plaintiff ARCSONA proposed many contract workers to defendant APPIRIO for

28 | work under the terms of said Agreement, but they were never approved by defendant APPIRIO

COMPLAINT FOR DAMAGES – Page 2 of 5

1  except for one contract worker who was approved in advance of the signing of the Agreement and
2  a second worker who replaced the initial worker when he became sick.

3       9. Said Agreement contained a forum clause that stated: "Any suit or proceeding arising
4  out of or relating to this agreement shall be commenced in a federal court in the Northern District
5  of California or in state court in Santa Clara County, California, and each party irrevocably
6  submits to the jurisdiction and venue of such courts."

7                                      **FIRST CAUSE OF ACTION**

8                                          (Promissory Fraud)

9       10. Plaintiffs reallege and incorporate by reference the allegations of paragraphs 1
10  through 9 of this complaint as if set forth at length. Plaintiff ARCSONA alleges this cause of
11  action against defendants APPIRIO, LASCELL and DOE 1 through DOE 10.

12       11. At the time said Agreement was entered into, and unbeknownst to plaintiff
13  ARCSONA, defendants LASCELL and APPIRIO had no intention of honoring the terms of said
14  agreement in that Lascell, who was the gatekeeper for all contract workers hired under the
15  contract, intended to prevent contract workers offered by Arcsona from ever working for
16  APPIRIO clients pursuant to the terms of the agreement except possibly upon rare occasions when
17  APPIRIO had no other choice of contract worker providers. At the time of signing the Agreement
18  defendant APPIRIO wanted to and needed to obtain the services of a contract worker provided by
19  plaintiff ARCSONA to work on a project, but thereafter ARCSONA did not accept any contract
20  workers offered by plaintiff ARCSONA for new positions available through APPIRIO.

21       12. In entering into said Agreement, plaintiff ARCSONA relied on the honesty and
22  good will of defendants to fairly evaluate and consider the contract workers offered by plaintiff
23  ARCSONA and was unaware that defendants did not intend to honor the terms of the Agreement
24  and to provide honest and unbiased consideration of any contract workers offered for APPIRIO
25  positions pursuant to said Agreement.

26       13. Plaintiff ARCSONA did not become aware of defendants' fraud until on or about
27  May 29, 2019 when defendant LASCELL was deposed in another case in which defendants
28  APPIRIO and LASCELL were not parties. At that time defendant LASCELL divulged his acts of

COMPLAINT FOR DAMAGES – Page 3 of 5

1   promissory fraud under oath. Thus, the statute of limitations was tolled until May 29, 2019.

2   14. Under the doctrine of *respondeat superior* defendant APPIRIO, as the employer of

3   defendant LASCELL, is legally responsible for the actions of defendant LASCELL mentioned

4   herein.

5   15. As a direct, proximate and foreseeable result of the fraud committed by defendants,

6   plaintiff ARCSONA suffered lost time and expenses in attempting to place contract workers with

7   defendant APPIRIO pursuant to said Agreement in an amount presently unknown, but in excess of

8   the jurisdictional minimum of the Unlimited Division of the Superior Court.

9   16. As a direct, proximate and foreseeable result of the actions of defendants mentioned

10  above, plaintiff ARCSONA has suffered, and continues to suffer, loss of income and profits in an

11  amount presently unknown but in excess of the jurisdictional minimum of the Unlimited Division

12  of the Superior Court.

13  17. In doing the acts described in this cause of action, defendant LASCELL and perhaps

14  others acted with malice, oppression or fraud within the meaning of Civil Code section 3294. At

15  all times mentioned herein defendant LASCELL was an officer (Secretary, Vice President or

16  Senior Vice President and General Counsel) and managing agent of defendant APPIRIO.

17  Consequently, plaintiff ARCSONA is entitled to punitive damages from defendants LASCELL

18  and APPIRIO.

19  WHEREFORE, plaintiff ARCSONA requests relief as set forth in the Prayer to this

20  Complaint.

21  **PRAYER**

22  WHEREFORE, plaintiff requests judgment as follows:

23  1. For compensatory damages, including lost time and lost profits, in amounts according

24  to proof in excess of $25,000;

25  2. For punitive damages;

26  3. For costs of suit; and

27  ///

28  ///

---

COMPLAINT FOR DAMAGES – Page 4 of 5

1          4. For such other and further relief as the court deems proper.

2    Dated: March 18, 21.

3
                                              _____
4                                             MICHAEL J. KELLY
                                              Attorney for Plaintiff ARCSONA INC.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES – Page 5 of 5

# 21CV380597



## Arcsona Inc. vs Daniel Lascell et al

### Case Information

**Case Type:** Fraud Unlimited (16)
**Case Number:** 21CV380597
**Filing Date:** 3/18/2021
**Case Status:** Active
**Court Location:** Civil

## PARTIES

Show
All ⌄
entries

Search:

| ▲ Type | First Name | Middle Name |
|--------|------------|-------------|
| Defendant | Daniel | M. |
| Defendant | | |
| Plaintiff | | |

Showing 1 to 3 of 3 entries

Previous | 1 | Next

## Attorneys

Show
All ⌄
entries

Search:

| ▲ Representing | First Name | Middle Name |
|----------------|------------|-------------|

| Representing | First Name | Middle Name |
|---|---|---|
| Arcsona Inc. | Michael | J |

Showing 1 to 1 of 1 entries

Previous | 1 | Next

# EVENTS

Show All entries

Search:

| File Date | File Type | Filed By | Comment |
|---|---|---|---|
| 6/2/2021 | Proof of Service: Summons DLR (Civil) | Arcsona Inc., | Proof of Service of Sur |
| 6/2/2021 | Proof of Service: Summons DLR (Civil) | Arcsona Inc., | Proof of Service of Sur |
| 3/18/2021 | New Filed Case | | |
| 3/18/2021 | Summons: Issued/Filed | Arcsona Inc., | |
| 3/18/2021 | Complaint (Unlimited) (Fee Applies) | Arcsona Inc., | |
| 3/18/2021 | Civil Case Cover Sheet | Arcsona Inc., | |

Showing 1 to 6 of 6 entries

Previous | 1 | Next

# HEARINGS

Show All entries

Search:

| Department | Type | Date |
|---|---|---|

| Department | Type | ▾ Date |
|---|---|---|
| Department 20 | Conference: Case Management | 7/27/2021 |

Showing 1 to 1 of 1 entries

Previous  1  Next